E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
        Office of the General Counsel
        Office of Program Litigation
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4861
        Facsimile: (415) 744-0134
        Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ENRIQUE CORTEZ, ) | |
|        Plaintiff, ) | Case No.: 2:23-cv-00631-JPR |
| ) | |
|   vs. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
|       Defendant. ) | |

1  The Court having approved the parties' stipulation to remand this case

2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

4  entered for Plaintiff.

5

6  DATED: _4/3/2023_    _____

7                       HONORABLE JUDGE JEAN P. ROSENBLUTH

8                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28